UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STAN MELVIN,<br>    #11-20151<br><br>        Plaintiff,<br><br>vs.<br><br>SHERIFF M. HALEY,<br><br>        Defendant. | 3:11-cv-00889-RCJ-WGC<br><br>**ORDER** |

On December 13, 2011, the court received a handwritten document from plaintiff entitled temporary restraining order /order to show cause re: permanent injunction (ECF #1-1). Such document is insufficient to initiate a civil rights action in this court. First, a motion for a temporary restraining order or a preliminary injunction must also be accompanied by a civil rights complaint and either the full filing fee or an application to proceed *in forma pauperis*. Second, the Local Rules require plaintiffs appearing in *pro se*, such as this plaintiff, to file all of their applications to proceed *in forma pauperis* and complaints or petitions on the court's approved forms. LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court.").

Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action on this court's civil rights complaint form, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma*

*pauperis* on the court-approved form.  The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 10th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE